# ELECTRONIC RECORD

363-15
364-15
365-15

COA #14-14-00003-CR

OFFENSE: Poss of a Firearm by Felon

STYLE: Octaviano Isralel Sanchez v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 262nd District Court

DATE: March 17, 2015   Publish: No

TC CASE #: 1376038

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Octaviano Isralel Sanchez v The State of Texas

CCA # _____

___PRO SE___   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 06/10/2015

JUDGE: Per Curiam

363-15
364-15
365-15

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____        PC: _____

PUBLISH: _____        DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD